IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Richard J. Mottura, ) | Case No. 22-20442-CMB |
| Debtor ) | Chapter 13 |
| ) | |
| Richard J. Mottura, ) | Document No. WO-1 |
| Social Security No. XXX-XX-7078 ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Club Prophet Software LLC c/o Fullsteam and ) | |
| Ronda J. Winnecour-Chapter 13 Trustee, ) | |
| Respondents ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 28, 2023, a true and correct copy of the *Amended Order to Pay Trustee* along with the *Notification of Debtor's Social Security Number* was served by the following methods, upon the following persons and parties:

Richard J. Mottura
884 Talon Court
Leechburg, PA 15656
*Sent via U.S. Mail and E-Mail*

Ronda J. Winnecour, Trustee
*Served by ECF Mail*

Fullsteam
Attention: Danielle Rogge
540 Deval Drive, Suite 301
Auburn, Al 36832
danielle.rogge@fullsteam.com
*Sent via U.S. Mail and E-Mail*

Date of Service: December 28, 2023

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201