**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **IN RE:**<br>**RICHARD J MOTTURA**<br>            **DEBTOR** | **CASE NO. 22-20442-CMB**<br>**CHAPTER 13** |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS**

NAME:                                       FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:   04/29/2024

OLD NOTICE ADDRESS:            10500 Kincaid Drive, Suite 300
                                                    Fishers, IN 46037-9764

NEW NOTICE ADDRESS:           11988 Exit 5 Parkway, Building 4
                                                    Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:        10500 Kincaid Drive, Suite 300
                                                    Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:       11988 Exit 5 Parkway, Building 4
                                                    Fishers, IN 46037-7939

Dated: August 30, 2024

                                                    */s/Lorri Beltz*
                                                    Lorri Beltz, Vice President, Default
                                                    Freedom Mortgage Corporation
                                                    11988 Exit 5 Parkway, Building 4
                                                    Fishers, IN 46037-7939
                                                    Telephone: (855) 690-5900
                                                    E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| IN RE:<br>**RICHARD J MOTTURA**<br>　　　　　　**DEBTOR** | **CASE NO. 22-20442-CMB**<br>**CHAPTER 13** |

**CERTIFICATE OF SERVICE**

　　　I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

KENNETH M. STEINBERG
STEIDL & STEINBERG
707 Grant St Ste 2830
Pittsburgh PA 15219-1932
*Counsel for Debtor*

RONDA J. WINNECOUR
600 Grant St Ste 3250
Pittsburgh PA 15219-2719
*Chapter 13 Trustee*

RICHARD J MOTTURA
884 Talon Ct
Leechburg PA 15656-9512
*Debtor*

This 30th Day of August, 2024

　　　　　　　　　　　　　　　*/s/Lorri Beltz*
　　　　　　　　　　　　　　　Lorri Beltz, Vice President, Default
　　　　　　　　　　　　　　　Freedom Mortgage Corporation
　　　　　　　　　　　　　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　　Fishers, IN 46037-7939
　　　　　　　　　　　　　　　Telephone: (855) 690-5900
　　　　　　　　　　　　　　　E-Mail: Bankruptcy@FreedomMortgage.com