IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Richard J. Mottura, ) | Case No. 22-20442 CMB |
| Debtor ) | Chapter 13 |
| ) | |
| Richard J. Mottura., ) | Related to: Document No. 45 |
| Social Security No. XXX-XX-7078 ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Club Prophet Software LLC c/o Fullsteam ) | |
| and Ronda J. Winnecour-Chapter 13 ) | |
| Trustee, ) | |
| Respondents ) | |

### ORDER OF COURT

AND NOW, to wit, this __11th__ day of __July__, 2025, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Richard J. Mottura is terminated immediately.

Employer:

**Club Prophet Software LLC c/o Fullsteam,
540 Devall Drive, Suite 301,
Auburn, AL 36832**

Any party-in-interest may file a written objection to the entry of this order on or before July 16, 2025. If any objection is filed on or before July 16, 2025, a Hearing will be set. If no objection is filed on or before July 16, 2025, the Order shall become final effective July 17, 2025. Movant shall serve a copy of the written order on all parties-in-interest and the mailing matrix and file a Certificate of Service with the Court.

SIGNED
7/11/25 8:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    glb
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20442-CMB |
| Richard J. Mottura | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard J. Mottura, 884 Talon Court, Leechburg, PA 15656-9512 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2025         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2025 at the address(es) listed below:

**Name** **Email Address**

Denise Carlon
on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Lauren M. Lamb
on behalf of Debtor Richard J. Mottura
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jul 11, 2025 | Form ID: pdf900 | Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6